## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARMEN I. MORALES RAMOS, GILBERTO ACEVEDO AND THEIR CONJUGAL PARTNERSHIP<br>Plaintiffs,<br><br>v.<br><br>BELLA VISTA HOSPITAL, INC. D/B/A BELLA VISTA, INTEGRATED MEDICAL SOLUTIONS, LLC DR. MAYRA I. BONET QUILES, HER SPOUSE DOE AND THEIR CONJUGAL PARTNERSHIP, DR. RAÚL PÉREZ ROMÁN, HIS SPOUSE ROE AND THEIR CONJUGAL PARTNERSHIP, DR. JULIÁN A. ROSADO SEGUÍ, HIS SPOUSE FOE AND THEIR CONJUGAL PARTNERSHIP, TRIPLE S INSURANCE COMPANY, INSURANCE COMPANIES A, B AND C; CORPORATIONS Z AND X; JOHN DOE 1, 2 AND 3<br>Defendants | CIVIL NO. 23-01450 (ADC)<br><br>RE. DAMAGES, MEDICAL MALPRACTICE & EMTALA VIOLATIONS<br><br>Plaintiffs Demand Trial by Jury |

## MOTION TO WITHDRAW CLAIMS AGAINST
## INTEGRATED MEDICAL SOLUTIONS LLC AND TRIPLE S PROPIEDAD
## WITHOUT PREJUDICE

**TO THE HONORABLE COURT:**

COME NOW, **Plaintiffs**, Carmen I. Morales Ramos, Gilberto Acevedo and their Conjugal Partnership, through their undersigned attorney and, very respectfully, **STATE AND PRAY** as follows:

1. The Complaint of caption was filed on September 1, 2023. [Docket 1.]

2. Codefendant Integrated Medical Solutions LLC was served on November 30, 2023.

3. Codefendant Triple S was served on October 30, 2023.

1

4.  Following service of process, Shakira Santiago Rivera, Esq. (who identified as Claims Adjuster for Triple-S Propiedad) sent correspondence via email to the undersigned stating that Triple S Propiedad does not have an insurance policy in place for any of the named defendants.

5.  Also, on December 19, 2023, Ms. Marysol Román Maldonado, who identified as Integrated Medical Solutions LLC ("Integrated"), also sent correspondence via email to the undersigned stating that Integrated's relationship with Bella Vista Hospital ended on or about February 14, 2022, prior to the events in the case of caption.[1]

6.  In light of the foregoing, Plaintiffs respectfully withdraw without prejudice the claims against Integrated Medical Solutions LLC and Triple S Propiedad.

**WHEREFORE**, Plaintiffs respectfully request that this Honorable Court take notice of the foregoing and authorize the voluntary withdrawal without prejudice of claims as to codefendants Integrated Medical Solutions LLC and Triple S Propiedad.

**I HEREBY CERTIFY:** that on this same date a true an exact copy of the foregoing document has been filed with the Clerk of the Court using the CM/ECF system, which will automatically notify all counsel of record.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico, this 21st day of December, 2023.

*s/ Carmen G. Torrech Cabrero*
**Carmen G. Torrech Cabrero, Esq.**
USDC-PR No. 225013
PMB 257
Rd. 19 1353
Guaynabo, Puerto Rico 00966
Tel: (787) 241-0081
ctorrech@lopezsolerlaw.com

---

[1] On December 20, 2023, Ms. Marysol Román Maldonado filed a pro se Motion to Dismiss on behalf of Integrated Medical Solutions LLC. However, given that Integrated is a limited liability company it should not appear pro se.

2